01
02
03
04
05                         UNITED STATES DISTRICT COURT
                           WESTERN DISTRICT OF WASHINGTON
06                                   AT SEATTLE

07   UNITED STATES OF AMERICA,          )
                                        )
08                     Plaintiff,       )     Case No. 05-507M
                                        )
09          v.                          )
                                        )     DETENTION ORDER
10   CHADRICK JOHN DERBYSHIRE,          )
                                        )
11                     Defendant.       )
     _____    )
12

13   <u>Offense charged</u>:

14          Possession of Cocaine With Intent to Distribute in violation of 21 U.S.C. §§ 841(a)(1),

15   and 841(b)(1)(A), and 18 U.S.C. § 2.

16   <u>Date of Detention Hearing</u>:  November 7, 2005.

17          The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and

18   based upon the factual findings and statement of reasons for detention hereafter set forth, finds

19   the following:

20            <u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

21          (1)     Pursuant to 18 U.S.C. § 3142(e), there is a rebuttable presumption that defendant

22   is a flight risk and a danger to the community based on the nature of the pending charges.

23   Defendant has not overcome these presumptions.

24          (2)     Defendant's instant offense is a serious charge and involves a large amount of

25   drugs.

26

DETENTION ORDER                                                    15.13
18 U.S.C. § 3142(i)                                            Rev. 1/91
PAGE 1

01       (3)    Defendant is a Canadian citizen and has no known ties to the Western District of

02 Washington or to this community.

03       (4)    Defendant has no employment or legitimate means of support.

04       (5)    Defendant's current living arrangements appear to be unstable.

05       IT IS THEREFORE ORDERED:

06       (1)    Defendant shall be detained pending trial and committed to the custody of the

07       Attorney General for confinement in a correction facility separate, to the extent

08       practicable, from persons awaiting or serving sentences or being held in custody

09       pending appeal;

10       (2)    Defendant shall be afforded reasonable opportunity for private consultation with

11       counsel;

12       (3)    On order of a court of the United States or on request of an attorney for the

13       government, the person in charge of the corrections facility in which defendant

14       is confined shall deliver the defendant to a United States Marshal for the purpose

15       of an appearance in connection with a court proceeding; and

16       (4)    The Clerk shall direct copies of this Order to counsel for the United States, to

17       counsel for the defendant, to the United States Marshal, and to the United States

18       Pretrial Services Officer.

19       DATED this 7th day of November, 2005.

20

21       *James P. Donohue*

22       JAMES P. DONOHUE
             United States Magistrate Judge

23

24

25

26

DETENTION ORDER                                   15.13
18 U.S.C. § 3142(i)                                  Rev. 1/91
PAGE 2